# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **ESTATE OF OMAR RILEY, et al.** | ) | **CASE NO: 5:17-cv-01300** |
| | ) | |
| Plaintiffs, | ) | **JUDGE JOHN R. ADAMS** |
| | ) | |
| v. | ) | |
| | ) | **PLAINTIFFS' NOTICE OF APPEAL** |
| **GENERAL ELECTRIC, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF APPEAL

Notice is hereby given that the Estate of Omar Riley, et al., hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Final Judgment entered in this action on the 28th day of March, 2019.

Respectfully submitted,

ARONSON & ASSOCIATES

/s/Stanley Aronson
Stanley Aronson (0024836)
3085 West Market Street, Suite 130
Akron, Ohio 44333
Tel.: (330) 836-5500
Fax: (330) 836-1085

## **CERTIFICATE OF SERVICE**

    A copy of the foregoing was filed electronically with the Court, and notice of this filing will be sent to all counsel by operation of the Court's electronic filing system.

                                        /s/ Stanley Aronson
                                        Stanley Aronson (0024836)
                                        Attorney for Plaintiffs